# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

138160

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TIME OUT, L.L.C., and
SQUIRT TRANSFER & STORAGE, INC.,
       Plaintiffs-Appellants,

v

SC: 138160
COA: 278916
Berrien CC: 05-002978-CH

NEW BUFFALO TOWNSHIP,
       Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the January 8, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

p0420